IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **FRISIA WEST, LLC** ) | **Case No. 11-40900-DML-11** |
| ) | |
| **Debtors.** ) | |
| ) | |
| ) | |
| ) | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I.      Applicant is an attorney and a partner of the law firm of Snell & Wilmer L.L.P., with offices at 1200 Seventeenth St., Suite 1900, Denver, CO 80202, telephone no. 303-634-2113.

II.     Applicant will sign all filings with the name John O'Brien.
*OPTIONAL*:  Applicant wants this form to serve as applicant's registration for electronic case filing and consents under Fed.R.Civ.P. 5(b) to accept service electronically at the following e-mail address:

jobrien@swlaw.com
(E-mail Address)

III.    Applicant has been retained personally or as a member of the above-name law firm by:
(List All Parties Represented)

AgStar Financial Services, ACA

to prove legal representation in connection with the above-styled matter now pending before the United States Bankruptcy Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of Colorado, where Applicant regularly practices law.

Bar license number: 15183.  Admission date:  November 1, 1985

Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.

V.      Application has been admitted to practice before the following courts:

12606769.1

| Court: | Admission Date: | Active or Inactive |
|---|---|---|
| United States Supreme Court | 2004 | Active |
| United States Court of Appeals for the Tenth Circuit | 1985 | Active |
| United States Court of Appeals for the Ninth Circuit | 2005 | Active |
| United States Court of Appeals for the Eighth Circuit | 2002 | Active |
| United States District Court for the District of Colorado | 1985 | Active |
| United States District Court for the District of Nebraska | 2002 | Active |
| State of Colorado | 1985 | Active |
| United States District Court for the Northern District of Ohio | 2010 | Active |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:  N/A

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings – regardless of outcome – while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:  N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):  N/A

IX:    Applicant has filed for *pro hac vice* admission in the United Sates Bankruptcy Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:
July 13, 2010               10-43790-DML-11

(If necessary, attach statement of additional applications.)

X.     Local counsel of record associated with Applicant in this matter is:

Jeff Carruth who has offices at 604 Water Street, Waxahachie, Texas 75165.  Telephone No. 972-938-7334.

XI.    Check the appropriate box below.

   For Application in a Civil Case

   ☒    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n,* 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a Criminal Case

☐        Applicant has read and will comply with the local criminal rules of this court.

☒        I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

XII.    Applicant respectfully requests to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 18th day of February, 2011.

John O'Brien
Print Name

/s/John O'Brien
Signature

12606769.1                                3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the **APPLICATION FOR ADMISSION PRO HAC VICE** was sent via U.S. mail this 18th day of February, 2011, to each attorney of record:

Office of the U.S. Trustee
United States Courthouse
1100 Commerce, Room 976
Dallas, TX 75242

Frisia West, LLC
7469 CR 209
Hico, Texas 76457
*Debtor*

St. Clair Newbern, III
Law Offices of St.Clair Newbern III, P.C
1701 River Run, Suite 1000
Fort Worth, TX 76107
*Proposed Attorneys for Debtor*

Lawrence Chek
Palmer & Manuel, LLP
8350 N. Central Expressway
Campbell Centre I, Suite 1111
North Tower
Dallas, TX 75206
*Attorney for Wells Fargo*

Sharon L. Stolte
Stinson Morrison Hecker LLP
1201 Walnut, Ste. 2900
Kansas City, MO 64106
*Attorney for DeBruce Feed Ingredients, Inc.
and Dimmitt Flaking, LP*

/s/Joanne E. Milelli
Joanne E. Milelli